Richard C. Busse, OSB #74050
rbusse@busseandhunt.com
BUSSE & HUNT
521 American Bank Building
621 SW Morrison Street
Portland, OR 97205
Telephone: (503) 248-0504
Facsimile: (503) 248-2131

FILED'10 10 18 15:18 USDC-ORP

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LOREDANA RANZA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NIKE, INC., an Oregon corporation, and NIKE EUROPEAN OPERATIONS NETHERLANDS, B.V., a foreign corporation,<br><br>　　　　Defendants. | Case No. CV'10  1285  AC<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL<br><br>(Sex Discrimination/Retaliation; Age Discrimination) |

Plaintiff alleges:

I.

**JURISDICTION AND VENUE**

1. Plaintiff brings this action under the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*, for sex discrimination/retaliation, and under § 7(b) of the Age in

BUSSE & HUNT
621 SW Morrison St., Suite 521
Portland, OR 97205
Telephone: (503) 248-0504

COMPLAINT AND DEMAND FOR JURY TRIAL
Page 1



36556

Employment Act (ADEA), 29 U.S.C. § 626(b) and § 16(b) of the Fair Labor Standards Act (FLSA), 29 U.S.C. §216(b), for age discrimination. This court has jurisdiction pursuant to 28 U.S.C. § 1331.

2. The acts and omissions complained of herein were committed substantially outside the District of Oregon in the Netherlands.

## II.

## PARTIES

3. Plaintiff is a citizen of the United States and a resident of the Netherlands.

4. Defendant Nike, Inc., ("Nike") is an Oregon corporation. Defendant Nike European Operations Netherlands B.V. ("Nike Europe") is a foreign corporation doing business in Oregon as a subsidiary of Defendant Nike. At all material times Defendants acted through agents and employees who at all material times acted within the course and scope of their agency and/or employment for Defendants, including each other. At all material times Defendant Nike Europe was a wholly owned subsidiary of and controlled by Defendant Nike.

## III.

## ADMINISTRATIVE EXHAUSTION

5. This Complaint was filed before the expiration of ninety days after issuance of a right to sue letter by the Equal Employment Opportunity Commission.

/ / / /

/ / / /

/ / / /

BUSSE & HUNT
621 SW Morrison St., Suite 521
Portland, OR 97205
Telephone: (503) 248-0504

COMPLAINT AND DEMAND FOR JURY TRIAL
Page 2

IV.

## STATEMENT OF CLAIMS

### CLAIM ONE

(Sex Discrimination/Retaliation - 42 U.S.C. § 2000e)

6. Plaintiff realleges paragraphs 1 through 5.

7. Plaintiff was hired by Defendants in September 1996, and after completing training at Defendant Nike's Chicago Regional Sales Office, and then at Defendant Nike's World Headquarters in Beaverton, Oregon she was transferred to Defendant Nike Europe at its European Headquarters in the Netherlands. Plaintiff thereafter worked for Defendant Nike Europe until her termination on October 1, 2008.

8. Plaintiff was subjected to sex discrimination and/or retaliation by Defendants in one or more of the following particulars:

   (a) she was denied advancement opportunities, including promotion to an "S" band position, on a continuing basis to the time of her termination;

   (b) she was retaliated against for resisting and/or opposing sex discrimination; and/or

   (c) a motivating factor in her termination on October 1, 2008 was because of Plaintiff's sex and/or because she had resisted and/or opposed sex discrimination.

9. As a result of that conduct, Plaintiff has suffered and will suffer emotional distress all to her non-economic damage in an amount to be proven at trial, which amount is alleged to be

BUSSE & HUNT
621 SW Morrison St., Suite 521
Portland, OR 97205
Telephone: (503) 248-0504

COMPLAINT AND DEMAND FOR JURY TRIAL
Page 3

$300,000, or the maximum allowed by law.

10. As a further result of that conduct, Plaintiff has suffered and will suffer economic loss in an amount to be proven at trial, which amount is alleged to be $1,000,000, but is subject to amendment.

11. Defendants' conduct was willful and intentional and Defendants should be assessed punitive damages in an amount to be set by a jury, which sum is alleged to be $300,000, or the maximum allowed by law.

12. Plaintiff is entitled to her reasonable attorneys' and expert witness fees pursuant to 42 U.S.C. § 2000e, *et seq.*

## CLAIM TWO

(Age Discrimination)

13. Plaintiff realleges paragraphs 1 through 8, and 10.

14. Plaintiff was 45 years of age at the time of her termination.

15. A substantial factor for Defendants' conduct as alleged in paragraph 8(a) and/or (c) was because of Plaintiff's age. She was replaced by a younger, less qualified male.

16. As a result of said discrimination, Plaintiff is entitled to lost back pay, retroactive fringe benefits, front pay, prejudgement interest, reasonable attorneys' and expert witness fees, and such other injunctive relief as the Court deems just pursuant to 29 U.S.C. § 216(b) and § 626(b).

17. Said conduct was intentional and Plaintiff is entitled to liquidated damages equal to twice the base amount of the award.

BUSSE & HUNT
621 SW Morrison St., Suite 521
Portland, OR 97205
Telephone: (503) 248-0504

COMPLAINT AND DEMAND FOR JURY TRIAL
Page 4

## V.

## DEMAND FOR JURY TRIAL

18. Plaintiff demands a jury trial.

WHEREFORE, Plaintiff prays for judgment as alleged in both claims stated above.

DATED this 18th day of October, 2010.

BUSSE & HUNT

*[signature]*

RICHARD C. BUSSE, OSB #74050
rbusse@busseandhunt.com
Telephone: (503) 248-0504
Of Attorneys for Plaintiff Loredana Ranza

P:\WPDOCS\RANZA\COMPLAINT.wpd

BUSSE & HUNT
621 SW Morrison St., Suite 521
Portland, OR 97205
Telephone: (503) 248-0504

COMPLAINT AND DEMAND FOR JURY TRIAL
Page 5