AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon - Portland

| | |
|---|---|
| LOREDANA RANZA <br><br> *Plaintiff* <br><br> v. <br><br> NIKE, INC., an Oregon corporation, and NIKE EUROPEAN OPERATIONS NETHERLANDS, B.V. <br><br> *Defendant* | Civil Action No. <br><br> CV '10  1285  AC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HILARY K. KRANE
One Bowerman Drive
Beaverton, OR 97005
   Registered Agent for Nike, Inc.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard C. Busse, OSB #74050
Busse & Hunt
621 SW Morrison St., Suite 521
Portland, OR 97205
503.248.0504
rbusse@busseandhunt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mary L. Moran, Clerk of Court

*CLERK OF COURT*

**Janett Cubias**

Date: OCT 18 2010

*Signature of Clerk or Deputy Clerk*