IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LOREDANA RANZA,                          3:10-CV-01285-AC

         Plaintiff,               ORDER

v.

NIKE, INC., an Oregon
corporation, and NIKE
EUROPEAN OPERATIONS
NETHERLANDS, B.V., a
foreign corporation,

         Defendants.

BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and
Recommendation (#153) on September 9, 2013, in which he
recommends this Court grant in part and deny in part Defendants'
Bill of Costs (#145) and award costs to Defendants in the amount
of $2,193.42.  The matter is now before this Court pursuant to 28
U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

<u>**CONCLUSION**</u>

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#153).  Accordingly, the Court **GRANTS in part** and **DENIES in part** Defendants Bill of Costs (#145) and **AWARDS** Defendants costs in the amount of **$2,193.42**.

IT IS SO ORDERED.

DATED this 22nd day of October, 2013.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge